

Clerk's Use Only
Initial for fee pd.:

Jerome J. Froelich Jr.
McKenney & Froelich
1349 West Peachtree Street, Two Midtown Plaza Suite 1250
Atlanta, Georgia 30309
(404) 881-1111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s),

v.

Robert J. Maegerle, et al.,

Defendant(s). /

CASE NO. CR 11-573-JSW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jerome J. Froelich Jr. , an active member in good standing of the bar of State of New Jersey and the State of Georgia , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Robert J. Maegerle in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

✓ James F. Campbell, Esq. Campbell & Demetrick, 155 Sansome Street, Suite 810, San Francisco, CA 94101 (415) 392-4691

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2012