RECEIVED
FEB 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. CR 11-573-JSW |
|---|---|
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Robert J. Maegerle, et al., | |
| Defendant. | |

Jerome J. Froelich Jr., whose business address and telephone number is McKenney & Froelich, 1349 West Peachtree Street, Two Midtown Plaza, Suite 1250, Atlanta, Georgia 30309 (404) 881-1111 JFroelich@mckfroeatlaw.com.

and who is an active member in good standing of the bar of states of New Jersey & Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Robert J. Maegerle

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: FEB 28 2012



United States District Judge