FILED

MAR 05 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 11-cr-00573-JSW-1, 3, 4 |
|---|---|
| Plaintiff, | |
| v. | **VERDICT FORM** |
| WALTER LIEW, ROBERT MAEGERLE, USA PERFORMANCE TECHNOLOGY, INC., | |
| Defendants. | |

**COUNT ONE (Conspiracy to Commit Economic Espionage in violation of 18 U.S.C. Section 1831(a)(5))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     _X_ Guilty

We find the defendant USA Performance Technology, Inc. ("USAPTI")

\_\_\_\_ Not Guilty     _X_ Guilty

**COUNT TWO (Conspiracy to Commit Theft of Trade Secrets in violation of 18 U.S.C. Section 1832(a)(5))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     _X_ Guilty

We find the defendant Robert Maegerle

\_\_\_\_ Not Guilty     _X_ Guilty

We find the defendant USAPTI

\_\_\_\_ Not Guilty     _X_ Guilty

**COUNT THREE (Attempted Economic Espionage in violation of 18 U.S.C. Section 1832(a)(2) and (4))**

We find the defendant Walter Liew

____ Not Guilty     _X_ Guilty

We find the defendant USAPTI

____ Not Guilty     _X_ Guilty

**COUNT FIVE (Attempted Theft of Trade Secrets in violation of 18 U.S.C. Section 1831(a)(2) and (4))**

We find the defendant Walter Liew

____ Not Guilty     _X_ Guilty

We find the defendant Robert Maegerle

____ Not Guilty     _X_ Guilty

We find the defendant USAPTI

____ Not Guilty     _X_ Guilty

**COUNT SIX (Possession of Trade Secrets in violation of 18 U.S.C. Section 1832(a)(3))**

We find the defendant Walter Liew

____ Not Guilty     _X_ Guilty

We find the defendant USAPTI

____ Not Guilty     _X_ Guilty

**COUNT SEVEN (Possession of Trade Secrets in violation of 18 U.S.C. Section 1832(a)(3))**

We find the defendant Walter Liew

____ Not Guilty     _X_ Guilty

We find the defendant USAPTI

____ Not Guilty     _X_ Guilty

**COUNT EIGHT (Conveying Trade Secrets in violation of 18 U.S.C. Section 1832(a)(2))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     X Guilty

We find the defendant Robert Maegerle

\_\_\_\_ Not Guilty     X Guilty

We find the defendant USAPTI

\_\_\_\_ Not Guilty     X Guilty

**COUNT NINE (Possession of Trade Secrets in violation of 18 U.S.C. Section 1832(a)(3))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     X Guilty

We find the defendant USAPTI

\_\_\_\_ Not Guilty     X Guilty

**COUNT TEN (Conspiracy to Tamper with Witnesses and Evidence in violation of 18 U.S.C. Section 1512(k))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     X Guilty

We find the defendant Robert Maegerle

\_\_\_\_ Not Guilty     X Guilty

We find the defendant USAPTI

\_\_\_\_ Not Guilty     X Guilty

**COUNT ELEVEN (Witness Tampering in violation of 18 U.S.C. Section 1512(b)(1))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     X Guilty

**COUNT THIRTEEN (Conspiracy to Tamper with Evidence in violation of 18 U.S.C. Section 1512(k))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     X Guilty

**COUNT FOURTEEN (False Statement to the Federal Bureau of Investigation in violation of 18 U.S.C. Section 1001(a)(2))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT FIFTEEN (Filing False Tax Return in violation of 26 U.S.C. Section 7206(1))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT SIXTEEN (Filing False Tax Return in violation of 26 U.S.C. Section 7206(1))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT SEVENTEEN (Filing False Tax Return in violation of 26 U.S.C. Section 7206(1))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT EIGHTEEN (Filing False Tax Return in violation of 26 U.S.C. Section 7206(1))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT NINETEEN (Filing False Tax Return in violation of 26 U.S.C. Section 7206(1))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT TWENTY (False Statements in Bankruptcy Proceedings in violation of 18 U.S.C. Section 152(3))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT TWENTY-ONE (False Statements in Bankruptcy Proceedings in violation of 18 U.S.C. Section 152(3))**

We find the defendant Walter Liew

\_\_\_\_\_ Not Guilty   $\underline{X}$ Guilty

**COUNT TWENTY-TWO (False Oath in Bankruptcy Proceedings in violation of 18 U.S.C. Section 152(2))**

We find the defendant Walter Liew

\_\_\_\_ Not Guilty     X Guilty

Dated: 3/5/2014

_____
FOREPERSON